THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARRETT GREEN, #245 124 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-698-ID |
| | ) | [WO] |
| | ) | |
| 12th JUDICIAL CIRCUIT OF ALABAMA, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 22, 2010, the Magistrate Judge filed a Recommendation (Doc. No. 8) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. Plaintiff's motion to dismiss be GRANTED (Doc. No. 7), and that this case be DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this 12th day of October, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE